**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00473-CV

### LYNDALL D. MCDANIEL, Appellant

### V.

### JESSY DALE SMITH, Appellee

**On Appeal from the County Court at Law No. 1**
**Hunt County, Texas**
**Trial Court Cause No. CC1300047**

## ORDER

By letter dated May 21, 2015, the Court questioned its jurisdiction over this appeal noting that the clerk's record did not appear to include an appealable order and that the clerk's record included a motion advising the trial court that it had not disposed of outstanding third-party claims and counter-claims. By order dated June 11, 2015, we granted appellant's motion to abate the appeal pending a June 25, 2015 hearing on appellant's motion to sever the third-party claims and counter-claims. On July 7, 2015, the clerk's record was supplemented to include the trial court's March 17, 2015 order granting summary judgment. Upon inspection of the order, it now appears that the Court has jurisdiction over this appeal.

Accordingly, we **REINSTATE** the appeal. Appellant's brief on the merits is due on or before August 6, 2015.

/s/      ELIZABETH LANG-MIERS
          JUSTICE